PROB 22
(Rev. 3/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:CR-01-381-01 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MARC MARION | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | The Honorable William W. Caldwell |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 8/4/04 — TO 8/3/07 |

OFFENSE

18 USC § 875(c) - Interstate Threatening Communications

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __ED/WI__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/29/04
Date

/s/ William W. Caldwell
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG, PA
JAN 18 2005
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

December 2, 2004
Effective Date

/s/ [signature]
United States District Judge