

Clerk, U.S. District Court
P.O. Box 983
Harrisburg, PA 17108

U.S. DI.....
EASTERN ......

'05 JAN 24 A 9:47

January 21, 2005

OFFICE .... CLERK
MAIL REC'D

Sofron B. Nedilsky
Clerk, USDC, ED of WI
362 United States Courthouse
517 E. Wisconsin Ave
Milwaukee, WI 53202

04-PR-277

Re: USA v. Marc Marion
1:01-cr-381-02 (MD of PA)

Dear Clerk:

Pursuant to the enclosed transfer of supervision jurisdiction order, enclosed are certified copies of indictment, judgment and commitment, docket sheet, and financial information.

Please acknowledge receipt of this mailing by signing and returning the enclosed copy of this letter.

Sincerely,

Mary E. D'Andrea, Clerk

Pamela Warner
Deputy Clerk

Received by:_____
Date Received:_____